**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Howard Wayne Heacock, Jr.<br>          aka H. Wayne Heacock, Jr.<br>                    &<br>          Kari A. Heacock<br>                              <u>Debtors</u> | CHAPTER 7<br><br>BKY. NO. 16-18118 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, and index same on the master mailing list.

                Respectfully submitted,

                **/s/Brian C. Nicholas, Esquire**
                Brian C. Nicholas, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322 FAX (215) 627-7734