**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In re:** | Howard and Kari Heacock, | : | Chapter 7 |
| | Debtors | : | Case No.: 16-18118-AMC |

## PRAECIPE TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

TO THE CLERK:

Kindly convert the Chapter 7 case of Howard and Kari Heacock filed on November 21, 2016 to a Chapter 13 Case pursuant to Rule 1017(f) and §1307 *et seq*.

This case has not been previously converted under section 1112, 1208, or 1307.

Respectfully submitted:

**BOTTIGLIERI LAW, LLC**

**Dated: 2/28/2017**        **By**: __/s/ Stephen V. Bottiglieri_____
Stephen V. Bottiglieri, Esquire
Attorney for the Debtors
66 Euclid Street, Suite C
Woodbury, NJ 08096
P/F 888-793-0373
steve@bottiglierilaw.com