# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-18118-AMC

HOWARD WAYNE HEACOCK JR
KARI A HEACOCK
2213 BRIARCLIFF AVENUE

BOOTHWYN, PA 19061-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    HOWARD WAYNE HEACOCK JR
    KARI A HEACOCK
    2213 BRIARCLIFF AVENUE

    BOOTHWYN, PA 19061-

Counsel for debtor(s), by electronic notice only.

    STEPHEN V BOTTIGLIERI, ESQ
    66 EUCLID STREET
    SUITE C
    WOODBURY, NJ 08096-

                                    /S/ William C. Miller

Date: 7/6/2017                          _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee