United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18118-amc
Howard Wayne Heacock, Jr.                                               Chapter 13
Kari A. Heacock
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: dlv              Page 1 of 2            Date Rcvd: Jul 06, 2017
                             Form ID: 309I          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2017.
db/jdb         +Howard Wayne Heacock, Jr.,   Kari A. Heacock,   2213 Briarcliff Avenue,
                 Boothwyn, PA 19061-3848
13826510       +Equifax,   PO Box 740256,   Atlanta, GA 30374-0256
13826511       +Experian,   955 American Lane,   Schaumburg, IL 60173-4998
13826512       +Harleysville Natl B&t,   271 Main Street,   Harleysville, PA 19438-2415
13826520       +Stephen V. Bottiglieri, Esquire,   230 N. Monroe Street,   Media, PA 19063-2908
13826526        Transunion,   PO Box 2000,   Chester, PA 19022-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: steve@bottiglierilaw.com Jul 07 2017 01:39:03      STEPHEN VINCENT BOTTIGLIERI,
                 66 Euclid Street,   Suite C,   Woodbury, NJ  08096
tr             +E-mail/Text: notice@ph13trustee.com Jul 07 2017 01:39:35      WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,   1234 Market Street,   Suite 1813,   Philadelphia, PA 19107-3704
smg             E-mail/Text: bankruptcy@phila.gov Jul 07 2017 01:39:28      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 07 2017 01:39:15
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 07 2017 01:39:25      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 07 2017 01:39:20      United States Trustee,
                 Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13880436        EDI: RESURGENT.COM Jul 07 2017 01:33:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,   Corporation of America Holdings,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13826503       +E-mail/Text: steve@bottiglierilaw.com Jul 07 2017 01:39:37      Bottiglieri Law, LLC,
                 66 Euclid street, Suite C,   Woodbury, NJ 08096-4626
13826504        EDI: CAPITALONE.COM Jul 07 2017 01:33:00      Capital One Bank Usa N,   15000 Capital One Dr,
                 Richmond, VA 23238
13933118        EDI: BL-BECKET.COM Jul 07 2017 01:33:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
13826505       +EDI: CHASE.COM Jul 07 2017 01:33:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
13826506       +Fax: 602-659-2196 Jul 07 2017 02:41:50      CheckSystems,   Attn: Customer Relations,
                 7805 Hudson Road, Suite 100,   Woodbury, MN 55125-1703
13887920       +EDI: CITICORP.COM Jul 07 2017 01:33:00      Citibank, N.A.,   701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
13826507       +EDI: CIAC.COM Jul 07 2017 01:33:00      Citimortgage Inc,   Po Box 9438,
                 Gaithersburg, MD 20898-9438
13826508       +EDI: WFNNB.COM Jul 07 2017 01:33:00      Comenity Bank/dressbrn,   Po Box 182789,
                 Columbus, OH 43218-2789
13826509       +EDI: WFNNB.COM Jul 07 2017 01:33:00      Comenity Capital/hsn,   995 W 122nd Ave,
                 Westminster, CO 80234-3417
13826514        EDI: IRS.COM Jul 07 2017 01:33:00      Internal Revenue Service,
                 Centralized Insolvency Operation,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13826516       +EDI: CBSKOHLS.COM Jul 07 2017 01:33:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
13826517       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 07 2017 01:39:20
                 Office of the United States Trustee,   833 Chestnut Street,   Suite 500,
                 Philadelphia, PA 19107-4405
13883478       +EDI: RESURGENT.COM Jul 07 2017 01:33:00      PYOD, LLC its successors and assigns as assignee,
                 of Citibank, N.A.,   Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
13826518       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 07 2017 01:39:15
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   Department 280946,
                 Harrisburg, PA 17128-0001
13878448        EDI: Q3G.COM Jul 07 2017 01:33:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
13878447        EDI: Q3G.COM Jul 07 2017 01:33:00      Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
13826519       +EDI: SEARS.COM Jul 07 2017 01:33:00      Sears/cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
13826521       +EDI: RMSC.COM Jul 07 2017 01:33:00      Syncb/amer Eagle Dc,   Po Box 965005,
                 Orlando, FL 32896-5005
13826522       +EDI: RMSC.COM Jul 07 2017 01:33:00      Syncb/dkdc,   Po Box 965005, Orlando, FL 32896-5005
13826523       +EDI: TDBANKNORTH.COM Jul 07 2017 01:33:00      Td Bank N.a.,   32 Chestnut St,
                 Lewiston, ME 04240-7799
13826524       +EDI: WTRRNBANK.COM Jul 07 2017 01:33:00      Td Bank Usa/targetcred,   Po Box 673,
                 Minneapolis, MN 55440-0673
13826525       +E-mail/Text: crwkflw@firstdata.com Jul 07 2017 01:39:32      TeleCheck Services, Inc.,
                 5251 Westheimer,   Houston, TX 77056-5416
13826527       +E-mail/Text: WFB.Bankruptcy@cabelas.com Jul 07 2017 01:39:37      Worlds Foremost Bank N,
                 4800 Nw 1st Street,   Lincoln, NE 68521-4463
                                                                                              TOTAL: 30

```
District/off: 0313-2          User: dlv                    Page 2 of 2                   Date Rcvd: Jul 06, 2017
                              Form ID: 309I                Total Noticed: 36
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +WILLIAM C. MILLER, Esq.,    Chapter 13 Trustee,    1234 Market Street,    Suite 1813,
               Philadelphia, PA 19107-3704
13826513*    +Howard Wayne Heacock, Jr.,    2213 Briarcliff Avenue,    Boothwyn, PA 19061-3848
13826515*    +Kari A. Heacock,    2213 Briarcliff Avenue,    Boothwyn, PA 19061-3848
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Howard Wayne Heacock, Jr.
               steve@bottiglierilaw.com, ecfnotice@comcast.net
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Joint Debtor Kari A. Heacock steve@bottiglierilaw.com,
               ecfnotice@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 7
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Howard Wayne Heacock Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6731<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kari A. Heacock<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9026<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed in chapter  7      11/21/16 |
| Case number: | 16–18118–amc | Date case converted to chapter  13    2/28/17 |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                              12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Howard Wayne Heacock Jr. | Kari A. Heacock |
| 2. | **All other names used in the last 8 years** | aka H. Wayne Heacock Jr. | |
| 3. | **Address** | 2213 Briarcliff Avenue<br>Boothwyn, PA 19061 | 2213 Briarcliff Avenue<br>Boothwyn, PA 19061 |
| 4. | **Debtor's attorney**<br>Name and address | STEPHEN VINCENT BOTTIGLIERI<br>66 Euclid Street<br>Suite C<br>Woodbury, NJ 08096 | Contact phone 888–793–0373<br>Email:  steve@bottiglierilaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107 | Contact phone 215–627–1377<br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: Philadelphia Office ––<br>8:30 A.M. to 5:00 P.M Reading Office<br>–– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br>Date: 7/6/17 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                                         page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 9, 2017 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18-341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/8/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/7/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/20/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 495.00 per month for 60 months. The hearing on confirmation will be held on:<br>**9/19/17** at **10:00 AM**, Location: **Courtroom #5, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |