**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | Bankruptcy No. 16-18118AMC |
| | : | **Hearing Date, Time & Place** |
| HOWARD WAYNE HEACOCK, JR.: | | **Tuesday, September 19, 2017 at 11:00 a.m.** |
| KARI A. HEACOCK | : | **Courtroom 5, Bankruptcy Court** |
| Debtors | : | **900 Market Street, 2nd Floor** |
| | | **Philadelphia, PA** |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

William C. Miller, Chapter 13 standing trustee, has filed Standing Trustee's Motion to Reconvert Case to Chapter 7 Pursuant to 11 U.S.C. Section 1307 with the Court.

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then fifteen (15) days prior to the date of the hearing listed in paragraph 3 of this Notice, you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at:

    > U.S. Bankruptcy Court
    > Clerk's Office
    > 900 Market Street - Suite 400
    > Philadelphia, PA  19107

    If you mail your answer to the Bankruptcy's Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    > William C. Miller, Esquire
    > Chapter 13 Standing Trustee
    > P.O. Box 40119
    > Philadelphia, PA  19106-0119

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the enclosed Motion.

3. A hearing on the Motion is scheduled to be held before Honorable Ashely M. Chan, in Courtroom No. 5, on Tuesday, September 19, 2017 at 11:00 A.M. at U.S. Bankruptcy Court, 900 Market St. - 2nd Floor, Philadelphia, PA  19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you, if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.