**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Howard** | **Wayne** | **Heacock, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kari** | **A.** | **Heacock** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number **16-18118-amc**
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2213 Briarcliff Ave.**<br>**FMV of $200,000 less cost of sale purchased for $130,000 in 1995**<br>Line from *Schedule A/B*: **1.1** | $180,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description:<br>**2010 Ford F250 (approx. 45000 miles)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: **3.1** | $11,500.00 | ☑ $3,775.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1

Debtor 1  Howard Wayne Heacock, Jr.
Debtor 2  Kari A. Heacock                              Case number (if known)  __16-18118-amc__

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2010 Ford F250 (approx. 45000 miles) (2nd exemption claimed for this asset)**  Line from *Schedule A/B*: __3.1__ | $11,500.00 | ☑ $4,750.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |
| Brief description: **2010 Ford F250 (approx. 45000 miles) (3rd exemption claimed for this asset)**  Line from *Schedule A/B*: __3.1__ | $11,500.00 | ☑ $2,975.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **2012 Nissan Quest (approx. 35000 miles) (1st exemption claimed for this asset)**  Line from *Schedule A/B*: __3.2__ | $13,200.00 | ☑ $3,775.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description: **2012 Nissan Quest (approx. 35000 miles) (2nd exemption claimed for this asset)**  Line from *Schedule A/B*: __3.2__ | $13,200.00 | ☑ $9,425.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **2014 Bass Tracker boat**  Line from *Schedule A/B*: __4.1__ | $5,000.00 | ☑ $5,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **couch, bed room furniture, table and chairs, plates, cups, coffee table, end tables, night stand, dresser**  Line from *Schedule A/B*: __6__ | $1,000.00 | ☑ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **TVs, DVD players, stero, comptuer, laptop for children**  Line from *Schedule A/B*: __7__ | $300.00 | ☑ $300.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Debtor and joint debtor clothing**  Line from *Schedule A/B*: __11__ | $100.00 | ☑ $100.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **wedding rings, costume jewelry**  Line from *Schedule A/B*: __12__ | $1,000.00 | ☑ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |

Official Form 106C          Schedule C: The Property You Claim as Exempt          page 2

| Debtor 1 | Howard Wayne Heacock, Jr. | |
|---|---|---|
| Debtor 2 | Kari A. Heacock | Case number (if known) **16-18118-amc** |

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**TD Bank Checking account**<br>Line from *Schedule A/B*: **17.1** | $1,100.00 | ☑ $1,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**TD Bank Savings account**<br>Line from *Schedule A/B*: **17.3** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Savings account at PA Central FCU**<br>Line from *Schedule A/B*: **17.4** | $280.00 | ☑ $280.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Savings account at Sun East FCU**<br>Line from *Schedule A/B*: **17.5** | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Checking account at Sun East FCU**<br>Line from *Schedule A/B*: **17.2** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**business checking account for Heacock Bros.**<br>Line from *Schedule A/B*: **17.6** | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Business Savings account for Heacock Bros.**<br>Line from *Schedule A/B*: **17.7** | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Heacock Brothers Graphics, Inc. (business equipment listed in Part 5 and not duplicated here (1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: **19** | $100.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |

Debtor 1   Howard Wayne Heacock, Jr.
Debtor 2   Kari A. Heacock                                  Case number (if known)   16-18118-amc

**Part 2:   Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Heacock Brothers Graphics, Inc. (business equipment listed in Part 5 and not duplicated here**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __19__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**401(k) or similar plan with M&T Bank Corporation**<br>Line from *Schedule A/B*: __21__ | $15,927.00 | ☑ $15,927.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Brief description:<br>**tax refund (child tax credit as public assistance)**<br>**refund will be prorated into Schedule I**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __28__ | $7,000.00 | ☑ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(A) |
| Brief description:<br>**tax refund (child tax credit as public assistance)**<br>**refund will be prorated into Schedule I**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __28__ | $7,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**printing supplies**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __39__ | Unknown | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |
| Brief description:<br>**printing supplies**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __39__ | Unknown | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Appraised value of property listed.**<br>**Heacock Brothers Graphics, Inc.(sign printing business and eqiupment)**<br>**purchase 2001: Edge 1 printer, Odessy 48" plotter, Gs15 Plus Plotter**<br>**purchase 2014: Edge FX printer, Gerber Envision plotter**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __40__ | $9,750.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |

| Debtor 1 | Howard Wayne Heacock, Jr. | | |
|---|---|---|---|
| Debtor 2 | Kari A. Heacock | Case number (if known) | 16-18118-amc |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Appraised value of property listed. Heacock Brothers Graphics, Inc.(sign printing business and eqiupment) purchase 2001: Edge 1 printer, Odessy 48" plotter, Gs15 Plus Plotter<br>purchase 2014: Edge FX printer, Gerber Envision plotter<br>(2nd exemption claimed for this asset)**<br>Line from Schedule A/B: __40__ | $9,750.00 | ☑ $6,289.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**safe deposit box at TD Bank. No value to contract. contains birth certificates, deed, passports, etc.**<br>Line from Schedule A/B: __53__ | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |