## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kari A. Heacock<br>         Howard Wayne Heacock Jr. aka H. Wayne<br>         Heacock, Jr.<br>                    Debtors | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC, its successors and/or assigns<br>                    Movant<br>          vs. | NO. 16-18118 AMC |
| Kari A. Heacock<br>Howard Wayne Heacock Jr. aka H. Wayne Heacock, Jr.<br>                    Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                    Trustee | |

### PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of NATIONSTAR MORTGAGE LLC, which was filed with the Court on or about July 11, 2017 Document No. 30.

                                          Respectfully submitted,

                                          **/s/ Rebecca A. Solarz, Esquire**
                                          Rebecca A. Solarz, Esquire
                                          rsolarz@kmllawgroup.com
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          215-627-1322

January 22, 2018