IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Howard Wayne Heacock, Jr. aka H. Wayne Heacock, Jr.<br>Kari A. Heacock<br>　　　　　　　Debtors | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　　Movant<br>　　vs. | NO. 16-18118 AMC |
| Howard Wayne Heacock, Jr. aka H. Wayne Heacock, Jr.<br>Kari A. Heacock<br>　　　　　　　Debtors | 11 U.S.C. Sections 362 |
| William C. Miller, Esq.<br>　　　　　　　Trustee | |

## ORDER

AND NOW, this ____ day of _____, 2018 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on <u>November 28, 2017</u> does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

_____
United States Bankruptcy Judge.

cc: See attached service list

Howard Wayne Heacock Jr. aka H. Wayne Heacock, Jr.
2213 Briarcliff Avenue
Boothwyn, PA 19061

Kari A. Heacock
2213 Briarcliff Avenue
Boothwyn, PA 19061

Stephen Vincent Bottiglieri, Esq. (VIA ECF)
66 Euclid Street
Suite C
Woodbury, NJ 08096

William C. Miller, Esq. (VIA ECF)
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105