United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-18118-amc
Howard Wayne Heacock, Jr.                                             Chapter 13
Kari A. Heacock
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia        Page 1 of 1        Date Rcvd: Feb 27, 2018
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2018.
db             +Howard Wayne Heacock, Jr.,    2213 Briarcliff Avenue,    Boothwyn, PA 19061-3848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTINE C. SHUBERT     on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Joint Debtor Kari A. Heacock steve@bottiglierilaw.com,
               ecfnotice@comcast.net
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Howard Wayne Heacock, Jr.
               steve@bottiglierilaw.com,    ecfnotice@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Howard Wayne Heacock, Jr. aka H. Wayne Heacock, Jr.<br>Kari A. Heacock<br>Debtors | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Movant<br>vs. | NO. 16-18118 AMC |
| Howard Wayne Heacock, Jr. aka H. Wayne Heacock, Jr.<br>Kari A. Heacock<br>Debtors | 11 U.S.C. Sections 362 |
| William C. Miller, Esq.<br>Trustee | |

### ORDER

AND NOW, this ____ day of _____, 2018 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on November 28, 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

_____
United States Bankruptcy Judge.

cc: See attached service list

Howard Wayne Heacock Jr. aka H. Wayne Heacock, Jr.
2213 Briarcliff Avenue
Boothwyn, PA 19061

Kari A. Heacock
2213 Briarcliff Avenue
Boothwyn, PA 19061

Stephen Vincent Bottiglieri, Esq. (VIA ECF)
66 Euclid Street
Suite C
Woodbury, NJ 08096

William C. Miller, Esq. (VIA ECF)
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105