United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-18118-amc
Howard Wayne Heacock, Jr.                                       Chapter 13
Kari A. Heacock
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Jun 21, 2018
                             Form ID: 152             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
db/jdb        +Howard Wayne Heacock, Jr.,   Kari A. Heacock,   2213 Briarcliff Avenue,
               Boothwyn, PA 19061-3848
14008594       CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
13933118       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
13826505      +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
13887920      +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
13826507      +Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
13826508      +Comenity Bank/dressbrn,   Po Box 182789,   Columbus, OH 43218-2789
13826509      +Comenity Capital/hsn,   995 W 122nd Ave,   Westminster, CO 80234-3417
13826510      +Equifax,   PO Box 740256,   Atlanta, GA 30374-0256
13826511      +Experian,   955 American Lane,   Schaumburg, IL 60173-4998
13826512      +Harleysville Natl B&t,   271 Main Street,   Harleysville, PA 19438-2415
14120859      +Keystone Tax Group,   PO Box 504,   Irwin, PA 15642-0504
13996510     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy Dept,   P.O. Box 619096,
               Dallas, TX 75261-9741)
13826519      +Sears/cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
13826520      +Stephen V. Bottiglieri, Esquire,   230 N. Monroe Street,   Media, PA 19063-2908
13826524      +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
13826526      +Transunion,   PO Box 2000,   Chester, PA 19016-2000
14072552       eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jun 22 2018 02:38:21     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 22 2018 02:37:56
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 22 2018 02:38:19     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13880436       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2018 02:55:59
               Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
               Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
13826503      +E-mail/Text: steve@bottiglierilaw.com Jun 22 2018 02:38:42     Bottiglieri Law, LLC,
               66 Euclid street, Suite C,   Woodbury, NJ 08096-4626
13826504       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 22 2018 02:55:50
               Capital One Bank Usa N,   15000 Capital One Dr,   Richmond, VA 23238
13826506      +Fax: 602-659-2196 Jun 22 2018 03:26:20     CheckSystems,   Attn: Customer Relations,
               7805 Hudson Road, Suite 100,   Woodbury, MN 55125-1703
13826508      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 22 2018 02:37:48     Comenity Bank/dressbrn,
               Po Box 182789,   Columbus, OH 43218-2789
13826509      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 22 2018 02:37:48     Comenity Capital/hsn,
               995 W 122nd Ave,   Westminster, CO 80234-3417
13826514       E-mail/Text: cio.bncmail@irs.gov Jun 22 2018 02:37:43     Internal Revenue Service,
               Centralized Insolvency Operation,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14011050      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 22 2018 02:38:16     KeyBank N.A.,
               4910 Tiedeman Rd,   Brooklyn, Ohio 44144-2338
13826516      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 22 2018 02:37:40     Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
13826517      +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 22 2018 02:38:13
               Office of the United States Trustee,   833 Chestnut Street,   Suite 500,
               Philadelphia, PA 19107-4405
13883478      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2018 02:56:37
               PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
13826518      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 22 2018 02:37:55
               Pennsylvania Department of Revenue,   Bankruptcy Division,   Department 280946,
               Harrisburg, PA 17128-0001
13878448       E-mail/Text: bnc-quantum@quantum3group.com Jun 22 2018 02:37:53
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13878447       E-mail/Text: bnc-quantum@quantum3group.com Jun 22 2018 02:37:53
               Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
               Kirkland, WA  98083-0788
13826521      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:56:25     Syncb/amer Eagle Dc,
               Po Box 965005,   Orlando, FL 32896-5005
13826522      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:56:25     Syncb/dkdc,   Po Box 965005,
               Orlando, FL 32896-5005
13994777      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:56:25     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
13826523       E-mail/Text: bankruptcy@td.com Jun 22 2018 02:38:14     Td Bank N.a.,   32 Chestnut St,
               Lewiston, ME 04240

```
District/off: 0313-2          User: Virginia          Page 2 of 2              Date Rcvd: Jun 21, 2018
                             Form ID: 152             Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13826525        E-mail/Text: epr@telecheck.com Jun 22 2018 02:38:46      TeleCheck Services, Inc.,
                 5251 Westheimer,   Houston, TX 77056
13826527       +E-mail/Text: WFB.Bankruptcy@cabelas.com Jun 22 2018 02:38:43      Worlds Foremost Bank N,
                 4800 Nw 1st Street,   Lincoln, NE 68521-4463
                                                                                        TOTAL: 23
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13826513*      +Howard Wayne Heacock, Jr.,   2213 Briarcliff Avenue,   Boothwyn, PA 19061-3848
13826515*      +Kari A. Heacock,   2213 Briarcliff Avenue,   Boothwyn, PA 19061-3848
                                                                       TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
```
          BRIAN CRAIG NICHOLAS   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CHRISTINE C. SHUBERT   on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
           J100@ecfcbis.com
          JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          STEPHEN VINCENT BOTTIGLIERI   on behalf of Plaintiff Howard Wayne Heacock, Jr.
           steve@bottiglierilaw.com,  ecfnotice@comcast.net
          STEPHEN VINCENT BOTTIGLIERI   on behalf of Debtor Howard Wayne Heacock, Jr.
           steve@bottiglierilaw.com,  ecfnotice@comcast.net
          STEPHEN VINCENT BOTTIGLIERI   on behalf of Joint Debtor Kari A. Heacock steve@bottiglierilaw.com,
           ecfnotice@comcast.net
          STEPHEN VINCENT BOTTIGLIERI   on behalf of Plaintiff Kari A. Heacock steve@bottiglierilaw.com,
           ecfnotice@comcast.net
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Howard Wayne Heacock, Jr. and Kari
A. Heacock

      Debtor(s)                            Case No: 16–18118–amc

                                         Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Ashely M. Chan

, United States Bankruptcy Court 7/24/18 at 10:00 AM , in Courtroom #5, 900 Market Street,
Philadelphia, PA 19107

                                         For The Court

                                         Timothy B. McGrath
                                         Clerk of Court