WWR# 021324867

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER NO. 13 |
| | ) | |
| HOWARD HEACOCK | | |
| KARI HEACOCK | ) | BANKRUPTCY NO. 16-18118-AMC |
|     Debtors | ) | |
| | ) | Nature of Proceeding |
| KEYBANK, N.A. | ) | Adversary Complaint |
|     Movant | ) | |
| | ) | Related to Document # 87 |

## **PRAECIPE TO WITHDRAW KEYBANK'S ANSWER TO COMPLAINT**

CHECK ONE:

☒     The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

Dated 07/06/2018

/s/ Brian Langford
Brian Langford
Attorney for Movant
PA ID# 324884 blangford@weltman.com
436 Seventh Avenue, Suite 2500
Pittsburgh, PA  15219
(412) 338-7102