# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-18118-AMC

HOWARD WAYNE HEACOCK JR
KARI A HEACOCK
2213 BRIARCLIFF AVENUE

BOOTHWYN, PA 19061-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  HOWARD WAYNE HEACOCK JR
  KARI A HEACOCK
  2213 BRIARCLIFF AVENUE

  BOOTHWYN, PA 19061-

Counsel for debtor(s), by electronic notice only.

  STEPHEN V BOTTIGLIERI, ESQ
  66 EUCLID STREET
  SUITE C
  WOODBURY, NJ 08096-

                                        /S/ William C. Miller

Date: 8/7/2018                        _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee