Case 16-18118-amc   Doc 97   Filed 08/22/18   Entered 08/22/18 09:40:37   Desc Main
Document     Page 1 of 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**       Howard and Kari Heacock,          :          Chapter 13
                                    Debtors          :          Case No.: 16-18118-AMC

**<u>CERTIFICATE OF NO RESPONSE</u>**

      I, Stephen V. Bottiglieri, Esquire, counsel for the Debtors, hereby certify that after notice,

I have received no response, answer, objection or request for a hearing to my Application for

Compensation and Reimbursement of Expenses nor has any application for administrative

expense has been filed as of August 22, 2018.


Respectfully submitted:

 _/s/ Stephen V. Bottiglieri_____
Stephen V. Bottiglieri, Esquire
Counsel for Debtors
66 Euclid Street, Suite C
Woodbury, NJ 08096
P 888-793-0373
F 888-793-0373
steve@bottiglierilaw.com