**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** Howard and Kari Heacock, | : | Chapter 13 |
| Debtors | : | Case No.: 16-18118-AMC |

## ORDER

AND NOW, this __23rd__ day of __August__, 2018 upon consideration of the Application for Compensation ("the Application") filed by Debtors counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $6,500.00 and expenses in the amount of $2,108.77; and

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation of $6,500.00 and expenses in the amount of $1,695.77 (representing $2,108.77 less $413.00 which was paid by the Debtor pre-petition for expenses) to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**BY THE COURT:**

_____
**ASHELY M. CHAN,**
**UNITED STATES BANKRUPTCY JUDGE**