United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18118-amc
Howard Wayne Heacock, Jr.                                               Chapter 13
Kari A. Heacock
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Jennifer            Page 1 of 1           Date Rcvd: Aug 23, 2018
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
db/jdb        +Howard Wayne Heacock, Jr.,   Kari A. Heacock,   2213 Briarcliff Avenue,
                Boothwyn, PA 19061-3848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRIAN THOMAS LANGFORD    on behalf of Defendant    KeyBank N.A. PitEcf@weltman.com
          BRIAN THOMAS LANGFORD    on behalf of Creditor    KeyBank, N.A. PitEcf@weltman.com
          CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
           J100@ecfcbis.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          STEPHEN VINCENT BOTTIGLIERI     on behalf of Plaintiff Howard Wayne Heacock, Jr.
           steve@bottiglierilaw.com,   ecfnotice@comcast.net
          STEPHEN VINCENT BOTTIGLIERI     on behalf of Debtor Howard Wayne Heacock, Jr.
           steve@bottiglierilaw.com,   ecfnotice@comcast.net
          STEPHEN VINCENT BOTTIGLIERI     on behalf of Joint Debtor Kari A. Heacock steve@bottiglierilaw.com,
           ecfnotice@comcast.net
          STEPHEN VINCENT BOTTIGLIERI     on behalf of Plaintiff Kari A. Heacock steve@bottiglierilaw.com,
           ecfnotice@comcast.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Howard and Kari Heacock,           :       Chapter 13
                    Debtors                :       Case No.: 16-18118-AMC

## ORDER

AND NOW, this __23rd__ day of __August__, 2018 upon consideration of the Application for Compensation ("the Application") filed by Debtors counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $6,500.00 and expenses in the amount of $2,108.77; and

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation of $6,500.00 and expenses in the amount of $1,695.77 (representing $2,108.77 less $413.00 which was paid by the Debtor pre-petition for expenses) to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

BY THE COURT:

_____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE