United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Howard Wayne Heacock, Jr.  
Kari A. Heacock  
    Debtors

Case No. 16-18118-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia        Page 1 of 1        Date Rcvd: Dec 03, 2018  
                        Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2018.  
13996510        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096  
        (address filed with court:   Nationstar Mortgage LLC,    Attn: Bankruptcy Dept,    P.O. Box 619096,  
        Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                                                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)  
system on November 29, 2018 at the address(es) listed below:  
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
      BRIAN THOMAS LANGFORD    on behalf of Defendant    KeyBank N.A. PitEcf@weltman.com  
      BRIAN THOMAS LANGFORD    on behalf of Creditor    KeyBank, N.A. PitEcf@weltman.com  
      CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,  
       J100@ecfcbis.com  
      JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,  
       ecfemails@ph13trustee.com  
      MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
      STEPHEN VINCENT BOTTIGLIERI    on behalf of Plaintiff Howard Wayne Heacock, Jr.  
       steve@bottiglierilaw.com,  ecfnotice@comcast.net  
      STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Howard Wayne Heacock, Jr.  
       steve@bottiglierilaw.com,  ecfnotice@comcast.net  
      STEPHEN VINCENT BOTTIGLIERI    on behalf of Joint Debtor Kari A. Heacock steve@bottiglierilaw.com,  
       ecfnotice@comcast.net  
      STEPHEN VINCENT BOTTIGLIERI    on behalf of Plaintiff Kari A. Heacock steve@bottiglierilaw.com,  
       ecfnotice@comcast.net  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
       philaecf@gmail.com  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                     TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-18118-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Howard Wayne Heacock, Jr.<br>2213 Briarcliff Avenue<br>Boothwyn PA 19061 | Kari A. Heacock<br>2213 Briarcliff Avenue<br>Boothwyn PA 19061 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/29/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: Nationstar Mortgage LLC, Attn: Bankruptcy Dept, P.O. Box 619096, Dallas, TX 75261-9741 | Select Portfolio Servicing, Inc<br>Serviced by Select Portfolio Servicing,<br>3217 S. Decker Lake Dr.<br>Salt Lake City, UT 84115 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/05/18

Tim McGrath
**CLERK OF THE COURT**