# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **In re:** | Howard and Kari Heacock, | : | Chapter 13 |
| | Debtors | : | Case No.: 16-18118-AMC |

## CERTIFICATION OF NO RESPONSE

I, *Stephen V. Bottiglieri,* Esquire, hereby certify that no answer, objection, other responsive pleading, or request for hearing has been filed within the time allowed by law to the Notice of and Motion to Modify Chapter 13 Plan Post Confirmation.

Respectfully submitted:

**BOTTIGLIERI LAW, LLC**

**Dated: November 20, 2019**     **By:** __/s/ Stephen V. Bottiglieri_____
Stephen V. Bottiglieri, Esquire
Attorney for the Debtors
66 Euclid Street, Suite C
Woodbury, NJ 08096
P/F 888-793-0373
steve@bottiglierilaw.com