# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:  Howard and Kari Heacock,  :  Chapter 13
                         Debtors  :  Case No.: 16-18118-AMC

## ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. # 107)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors Amended Chapter 13 Plan **(Doc. # 106)** is **APPROVED**.

Date: 11/26/19

BY THE COURT:

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE