United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 16-18118-amc
Howard Wayne Heacock, Jr.                                 Chapter 13
Kari A. Heacock
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia          Page 1 of 1              Date Rcvd: Nov 26, 2019
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
```
db/jdb          +Howard Wayne Heacock, Jr.,   Kari A. Heacock,   2213 Briarcliff Avenue,
                 Boothwyn, PA 19061-3848
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
NONE.                                                                                    TOTAL: 0
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
```
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         BRIAN THOMAS LANGFORD    on behalf of Defendant    KeyBank N.A. PitEcf@weltman.com
         BRIAN THOMAS LANGFORD    on behalf of Creditor    KeyBank, N.A. PitEcf@weltman.com
         CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
          J100@ecfcbis.com
         DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
          debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
         JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
          ecfemails@ph13trustee.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
         STEPHEN VINCENT BOTTIGLIERI    on behalf of Plaintiff Howard Wayne Heacock, Jr.
          steve@bottiglierilaw.com,  ecfnotices@comcast.net
         STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Howard Wayne Heacock, Jr.
          steve@bottiglierilaw.com,  ecfnotices@comcast.net
         STEPHEN VINCENT BOTTIGLIERI    on behalf of Joint Debtor Kari A. Heacock steve@bottiglierilaw.com,
          ecfnotices@comcast.net
         STEPHEN VINCENT BOTTIGLIERI    on behalf of Plaintiff Kari A. Heacock steve@bottiglierilaw.com,
          ecfnotices@comcast.net
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
                                                                              TOTAL: 15
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

**In re:** Howard and Kari Heacock,   :   Chapter 13
                    Debtors   :   Case No.: 16-18118-AMC

## O R D E R

     **AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. # 107)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

     It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtors Amended Chapter 13 Plan **(Doc. # 106)** is **APPROVED**.

BY THE COURT:

Date: _____

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE