WWR# 21324867

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO. 16-18118 |
| HOWARD HEACOCK | CHAPTER 13 |
| KARI HEACOCK | |
| Debtors | |

## **WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Brian T. Langford as attorney for KeyBank, N.A. in all matters for the duration of this bankruptcy case without prejudice. Attorney for Creditor states there are no pending adversary or contested matters.

Date: March 11, 2020

/s/ Brian Langford
Brian Langford, PA Bar No. 324884
Attorney for Movant
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-338-7102
blangford@weltman.com

WWR# 21324867

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>HOWARD WAYNE HEACOCK, JR.<br><br>KARI A HEACOCK<br>　　　　　　　Debtor(s) | CASE NO. 16-18118<br><br>CHAPTER 13 |

## NOTICE OF APPEARANCE

Comes now Weltman, Weinberg and Reis Co., L.P.A. 965 Keynote Circle, Brooklyn Hts., Ohio 44131 and enters its appearance as agent for the following Creditor in the above-captioned proceedings: KeyBank, N.A..

Copies of all further communications, pleading, court notices, and other papers should be served on said Attorney as Attorney of Record.

Date: March 11, 2020

　　　　　　　　　　　　　　　　　　/s/ Scott D. Fink
　　　　　　　　　　　　　　　　　　Scott D. Fink
　　　　　　　　　　　　　　　　　　Weltman, Weinberg & Reis Co., L. P. A
　　　　　　　　　　　　　　　　　　Agent for Creditor
　　　　　　　　　　　　　　　　　　965 Keynote Circle
　　　　　　　　　　　　　　　　　　Brooklyn Hts., OH 44131
　　　　　　　　　　　　　　　　　　bronationalecf@weltman.com

WWR# 21324867

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 16-18118 |
| HOWARD HEACOCK | CHAPTER 13 |
| KARI HEACOCK | |
| Debtors | |

## CERTIFICATE OF SERVICE

I, Scott D. Fink, Agent for Movant, do hereby certify that true and correct copies of the Withdrawal of Appearance/Notice of Appearance has been served on 11th    day of  March , 2020    , upon those listed below:

Service by First-Class Mail:

HOWARD HEACOCK, Debtor
2213 BRIARCLIFF AVE
UPPER CHICHESTER, PA 19061

KARI HEACOCK, Debtor
2213 BRIARCLIFF AVE
UPPER CHICHESTER, PA 19061


and Service by NEF/ECF:

STEPHEN VINCENT BOTTIGLIERI, Debtors Attorney at STEVE@BOTTIGLIERILAW.COM
WILLIAM C MILLER ESQ, Trustee at ecfemails@ph13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at USTPRegion03.PH.ECF@usdoj.gov


/s/ Scott D. Fink
Scott D. Fink
Weltman, Weinberg & Rei Co., L. P. A.
Agent for Creditor
965 Keynote Circle
Brooklyn Heights, OH 44131
bronationalecf@weltman.com