# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-18118-ELF

HOWARD WAYNE HEACOCK JR
KARI A HEACOCK
2213 BRIARCLIFF AVENUE

BOOTHWYN, PA 19061-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    HOWARD WAYNE HEACOCK JR
    KARI A HEACOCK
    2213 BRIARCLIFF AVENUE

    BOOTHWYN, PA 19061-

Counsel for debtor(s), by electronic notice only.

    STEPHEN V BOTTIGLIERI, ESQ
    MICHAEL F.X.GILLIN & ASSOC. P.C
    230 N. MONROE STREET
    MEDIA, PA 19063-

Date: 1/10/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee