Certificate Number: 03621-PAE-DE-036494504

Bankruptcy Case Number: 16-18118



03621-PAE-DE-036494504

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 22, 2022</u>, at <u>1:28</u> o'clock <u>PM EDT</u>, <u>Kari A Heacock</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 22, 2022</u>          By:   <u>/s/Nicola ButtsWimpel</u>

                                     Name: <u>Nicola ButtsWimpel</u>

                                     Title: <u>Credit Counselor</u>