Imaged Certificate of Notice    Page 1 of 5

United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 16-18118-elf

Howard Wayne Heacock, Jr.                                                                       Chapter 13

Kari A. Heacock

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4

Date Rcvd: Apr 26, 2022      Form ID: 138OBJ      Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Howard Wayne Heacock, Jr., Kari A. Heacock, 2213 Briarcliff Avenue, Boothwyn, PA 19061-3848 |
| 13826510 | + | Equifax, PO Box 740256, Atlanta, GA 30374-0256 |
| 13826511 | + | Experian, 955 American Lane, Schaumburg, IL 60173-4998 |
| 13826512 | + | Harleysville Natl B&t, 271 Main Street, Harleysville, PA 19438-2415 |
| 14120859 | + | Keystone Tax Group, PO Box 504, Irwin, PA 15642-0504 |
| 14237051 | + | Select Portfolio Servicing, Inc, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 13826520 | + | Stephen V. Bottiglieri, Esquire, 230 N. Monroe Street, Media, PA 19063-2908 |
| 13826526 | + | Transunion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 27 2022 00:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2022 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 27 2022 00:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13880436 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2022 00:13:10 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13826503 | + | Email/Text: steve@bottiglierilaw.com | Apr 27 2022 00:05:00 | Bottiglieri Law, LLC, 66 Euclid street, Suite C, Woodbury, NJ 08096-4626 |
| 13826504 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2022 00:13:15 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14008594 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2022 00:13:11 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 13933118 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2022 00:13:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13826506 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Apr 27 2022 00:05:00 | CheckSystems, Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 13887920 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2022 00:13:18 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14286970 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2022 00:13:24 | Citibank, N.A., 6716 Grade Ln Blg 9, STE 910-PY Dept, Louisville KY 40213-3410 |

Case 16-18118-elf    Doc 146    Filed 04/28/22    Entered 04/29/22 00:33:41    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2022 | Form ID: 138OBJ | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 13826507 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2022 00:13:24 | Citimortgage Inc, Po Box 9438, Gaithersburg, MD 20898-9438 |
| 13826508 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 27 2022 00:05:00 | Comenity Bank/dressbrn, Po Box 182789, Columbus, OH 43218-2789 |
| 13826509 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 27 2022 00:05:00 | Comenity Capital/hsn, 995 W 122nd Ave, Westminster, CO 80234-3417 |
| 13826514 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2022 00:05:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13826505 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2022 00:13:08 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14011050 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 27 2022 00:05:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, Ohio 44144-2338 |
| 13826516 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 27 2022 00:04:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 13996510 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 27 2022 00:05:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept, P.O. Box 619096, Dallas, TX 75261-9741 |
| 13826517 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Apr 27 2022 00:05:00 | Office of the United States Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 13883478 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2022 00:13:10 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 13826518 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2022 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 13878448 | | Email/Text: bnc-quantum@quantum3group.com | Apr 27 2022 00:05:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13878447 | | Email/Text: bnc-quantum@quantum3group.com | Apr 27 2022 00:05:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13826519 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2022 00:13:10 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14237051 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 27 2022 00:05:00 | Select Portfolio Servicing, Inc, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 13826521 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 00:13:23 | Syncb/amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 13826522 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 00:13:09 | Syncb/dkdc, Po Box 965005, Orlando, FL 32896-5005 |
| 13994777 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 00:13:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13826523 | | Email/Text: bankruptcy@td.com | Apr 27 2022 00:05:00 | Td Bank N.a., 32 Chestnut St, Lewiston, ME 04240 |
| 13826525 | | Email/Text: epr@telecheck.com | Apr 27 2022 00:05:00 | TeleCheck Services, Inc., 5251 Westheimer, Houston, TX 77056 |
| 13826524 | + | Email/Text: bncmail@w-legal.com | Apr 27 2022 00:05:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 13826527 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2022 00:13:15 | Worlds Foremost Bank N, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14072552 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2022 00:13:16 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Apr 26, 2022 | Form ID: 138OBJ | Total Noticed: 41

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13826513 | *+ | Howard Wayne Heacock, Jr., 2213 Briarcliff Avenue, Boothwyn, PA 19061-3848 |
| 13826515 | *+ | Kari A. Heacock, 2213 Briarcliff Avenue, Boothwyn, PA 19061-3848 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 c/o Select Portfolio Servicing, Inc. abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRADLEY JOSEPH OSBORNE | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN THOMAS LANGFORD | on behalf of Defendant KeyBank N.A. PitEcf@weltman.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor SELECT PORTFOLIO SERVICING INC. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT DAVID FINK | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 26, 2022 | Form ID: 138OBJ | Total Noticed: 41 |

    on behalf of Creditor KeyBank  N.A. sfink@weltman.com

STEPHEN M HLADIK
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 c/o Select Portfolio Servicing, Inc. shladik@hoflawgroup.com, ckohn@hoflawgroup.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Plaintiff Howard Wayne Heacock  Jr. steve@bottiglierilaw.com, ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Debtor Howard Wayne Heacock  Jr. steve@bottiglierilaw.com, ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Joint Debtor Kari A. Heacock steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Plaintiff Kari A. Heacock steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Howard Wayne Heacock, Jr. and Kari A. Heacock

Debtor(s)

Case No: 16−18118−elf

Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/26/22

144 − 137
Form 138OBJ